UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| KHALID MOHAMMAD, | |
|---|---|
| Plaintiff, | Case No. 16-cv-02903-BLF |
| v. | |
| THE KING CITY POLICE DEPARTMENT, | **ORDER CLARIFYING DEADLINE FOR PLAINTIFF TO FILE AMENDED COMPLAINT** |
| Defendant. | |

On December 13, 2016, the Court issued an order extending the time for Plaintiff Khalid Mohammad to file his amended complaint in light of the Ninth Circuit's dismissal of his appeal. ECF 26. Because the Ninth Circuit did not issue its formal mandate until January 4, 2017, the Court now extends the time for Mohammad to file his amended complaint to February 3, 2017.

Plaintiff must file an amended complaint **on or before February 3, 2017**. If he fails to do so, the Court will dismiss the action pursuant to Fed. R. Civ. P. 41(b) without further notice. Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005).

**IT IS SO ORDERED.**

Dated: January 5, 2017

_____
BETH LABSON FREEMAN
United States District Judge