1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| KHALID MOHAMMAD,<br><br>             Plaintiff,<br><br>      v.<br><br>THE KING CITY POLICE DEPARTMENT,<br><br>             Defendant. | Case No. 5:17-cv-00615 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

   In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Beth Labson Freeman to determine whether it is related to 5:16-cv-02903 BLF, Mohammad v. The King City Police Department.

   IT IS SO ORDERED.


Date:  February 8, 2017

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 17-cv-00615 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES